Gary A. Hecker, Esq. (State Bar No. 99008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488
Email: ghecker@heckerlaw.com
jslominski@heckerlaw.com

Attorneys for Plaintiff and Counterdefendant
The Hecker Law Group, PLC

Eric Misterovich (pro hac vice forthcoming)
Revision Legal, PLLC
8051 Moorsbridge Rd.
Portage, MI 49024
Phone: (269) 281-3908
Email: eric@revisionlegal.com

Attorneys for Defendant and Counterclaimant
James Booth

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HECKER LAW GROUP, a Professional Law Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES BOOTH, an individual; and DOES 1-5,<br><br>Defendants.<br><br>and counterclaim | Civil Action No. 2:17-CV-04511-TJH-RAO<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [JS-6]**<br><br>**Action Filed:** 06/19/2017<br>**Answer Filed:** 10/10/2017 |

1 | The Court having considered the Stipulation for Dismissal of Entire Action
2 | with Prejudice and for good cause shown, this entire action, including the
3 | Complaint and Counterclaim, is hereby dismissed with prejudice with each side to
4 | bear its own fees and costs.

Dated: December 27, 2017

*/s/ Terry J. Hatter, Jr.*
United States District Judge